UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **BRIAN BURT** | **CIVIL ACTION NO. 14-0443** |
|     **LA. DOC #493604** | |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN KNIGHT, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## RULING

*Pro se* Plaintiff Brian Burt, proceeding *in forma pauperis*, filed the instant civil rights complaint pursuant to 42 U.S.C. §1983 on February 24, 2014. On April 15, 2014, Magistrate Judge Karen L. Hayes issued a Report and Recommendation in which she recommended that the Court dismiss Plaintiff's claims against Defendants Warden Knight, Capt. Russell, the Louisiana DOC, and the Sheriff of Lake Providence.

After considering the entire record in this matter, including Plaintiff's objections, the Court agrees with and ADOPTS the Report and Recommendation of the Magistrate Judge. The Court issues this Ruling to address Plaintiff's motion, contained in his Objections, to amend the Complaint to include one additional claim. To the extent that Plaintiff moves to amend, his motion [Doc. No. 9] is GRANTED, and the Court has considered all his allegations.

For the first time in his objections, Plaintiff raises the claim that he has been denied medical treatment for tuberculosis and cites the Court to attached medical records.[1] However, none of the records support his claim of a diagnosis of tuberculosis. Instead, the records indicate that he has

---

[1] Plaintiff also argues that he is concerned that other inmates might learn of his tuberculosis diagnosis, but as set forth in the Report and Recommendation, Plaintiff has failed to state a claim as a matter of law when he has failed to allege any injury as a result of the supposed lack of privacy.

been previously diagnosed as having paranoid schizophrenic disorder and Hepatitis C. Further, Plaintiff makes no allegations to support a claim that any of the **named** Defendants were deliberately indifferent to any of his medical conditions. Accordingly, the Court finds that Plaintiff has also failed to state a claim as a matter of law based on these allegations.

For these reasons, the Court will DISMISS Plaintiff's Complaint, as amended.

MONROE, LOUISIANA, this 11th day of June, 2014.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**