UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BRIAN BURT<br>    LA. DOC #493604 | CIVIL ACTION NO. 14-0443 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN KNIGHT, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

JUDGMENT

For the reasons set forth in this Court's Ruling and in the Report and Recommendation of the Magistrate Judge [Doc. No. 9], adopted by this Court, and after consideration of the entire record in this matter, including Plaintiff's Objections to the Report and Recommendation,

IT IS ORDERED that Plaintiff's motion to amend his Complaint [Doc. No. 12], contained in his Objections, is GRANTED, and the Court has considered Plaintiff's additional allegations.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint, as amended, is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

**The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.**

MONROE, LOUISIANA, this 11th day of June, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE